THE STATE *ex rel.* ZIEGENHEIN, *Collector, Appellant,* v. TITTMANN, *Public Administrator.*

The Case of *State ex rel. Ziegenhein v. Tittmann, ante,* p. 553, followed and affirmed.

Dayharsh v. The Hannibal & St. J. Ry. Co.

*Appeal from St. Louis City Circuit Court.*

REVERSED AND REMANDED.

*Stone & Slevin* for appellant.

*A. M. Gardner* and *Smith & Harrison* for respondent.

THOMAS, J.—The same questions are involved in this case, as were involved in the case of the same plaintiff against Tittmann, administrator of estate of A. Tholozan, deceased, *ante*, p. 553, and, upon the authority of that case, this is reversed and remanded. All of division number 2 concur.